# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| SHARON ALFARO, INDIVIDUALLY, ) <br> AS SURVIVING SPOUSE OF RICHARD ) <br> J. ALFARO, DECEASED, and as ) <br> ADMINISTRATRIX OF THE ESTATE OF ) <br> RICHARD J. ALFARO, DECEASED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL ACTION FILE <br><br> NO. 5:11-CV-423(CAR) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, the parties to this action, by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice as to all claims against the United States, in that settlement has been reached and all issues have been resolved by agreement and that each party hereto will bear their own costs and fees.

This 17th day of January, 2014.

BLASINGAME, BURCH, GARRARD
& ASHLEY, P.C.
Attorneys for Plaintiffs


*/s/ James B. Matthews, III*
James B. Matthews, III
Georgia Bar No. 477559

P.O. Box 832
Athens, GA 30603
(706)354-4000
jbm@bbgbalaw.com

UNITED STATES ATTORNEY


*/s/ H. Randolph Aderhold*
H. Randolph Aderhold
Assistant U.S. Attorney
Attorney for the Defendant
Georgia Bar No. 005150

P.O. Box 1702
Macon, Georgia 31202-1702
(478)621-2728

## CERTIFICATE OF SERVICE

I CERTIFY that I have this day served a copy of the foregoing **Joint Stipulation of Dismissal with** Prejudice upon the individual listed below by mailing a copy thereof by first class mail, postage prepaid, and properly addressed, or via electronic notification from the District Court to the following:

Mr. H. Randolph Aderhold
Office of the United States Attorney
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202-1702

*/s/ James B. Matthews, III*
James B. Matthews, III